DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TREVARIOUS J. PRIDE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2403

[April 25, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562004CF001648A.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel of Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, for appellant.

Trevarious J. Pride, Bowling Green, appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***